# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

VINCENT GREGORY BAISI,

        Plaintiff,

v.                                         CIVIL ACTION NO. 3:24-0163

WESTERN REGIONAL JAIL;
CPL. JOHN BLEAVINS,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) be denied, as moot; and this case be dismissed and removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) be denied, as moot; and this case be dismissed and removed from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                            ENTER:      May 9, 2024

                                            ROBERT C. CHAMBERS
                                            UNITED STATES DISTRICT JUDGE